# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161537-8(51)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* SOLOMON ADU-BENIAKO, M.D.

_____

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS,
          Petitioner-Appellee,

v

SOLOMON ADU-BENIAKO, M.D.,
          Respondent-Appellant.

_____

SC: 161537
COA: 348668
Bd of Medicine: 18-007018

*In re* SOLOMON ADU-BENIAKO, M.D.

_____

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS,
          Petitioner-Appellee,

v

SOLOMON ADU-BENIAKO, M.D.,
          Respondent-Appellant.

_____/

SC: 161538
COA: 349754
LARA Bureau of Professional
          Licensing: 18-002838

On order of the Chief Justice, the motion of respondent-appellant to exceed the page limitation for his reply is GRANTED. The 33-page reply submitted on August 24, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2020



Clerk